Clerk of Court; Hanorah          CA#1-19-cv-00370-WES-LDA: 2-24-20

Re: Amended Complaint (mailed on 2-14-20) to your office.

1) Today is 2-24-10, the Deadline in Chief Justice William E. Smith's 1-23-20 Text order sent to me. I Recieved it on 2-27-20, (Monday). No Date stamped on the envelope, by the RIDOC Mail officer, indicating the Date he Recieved my "leagal mail." (All but (2), "leagal mail." letters, from US District Court), Have been "Date Stamped", by RIDOC Mail Officers.

2) I am verry concerned, as I've Recieved no Response from the court, indicating the clerks office Recieved my amended complaint. It took me (18) days to comprise the "Final Draft", of my amended complaint.

3) I will work day and nite to Draft another copy, and, have it in the Mailbox by 3-4-2020 (March 4th, 2020).

4) I hope you Recieved my Amended Complaint, I mailed on 2-14-20, and I just haven't Recieved your Response yet.

5) When I Appealed the Dismissal of my complaint, I wrote to your office (7) Letters, with only (1) Response, Chief Justice William E. Smith's EFC. text to me, Entered on: 1-23-20 (January 23rd, 2020), Indicating I had (30) days to Amend my complaint.

6) Please inform Chief Justice William E. Smith, of my out-going, and incoming mail. (As I experience Adversarial behavior's daily).

               Respectfully Submitted
               Salvatore Romano #70936
               I.S.C.
               P.O. Box #8249
               Cranston, R.I., 02920