Romano v. Wall et al               • civil docket #1:19-cv-00370-WES-LDA

Chief Justice William E. Smith    • Date filed: 7-19-2019

cause: 42 1983 Prisoner civil Rights  • Jury Trial demanded: Plaintiff

Plaintiff: Salvatore R. Romano    • Nature of suit 550 Prisoner civil Rights

• Jurisdiction: Federal Question

• Injunctive Relief Requested under CV-9

• And CV-65 civil Rules of Procedure

• Pro se litigant: Salvatore R. Romano

• Right to court Appointed counsel generally CR 44(

## Motion For Appointment of Counsel: under: CR 44(A)

① Now comes the Pro se, litigant Plaintiff, Salvatore R. Romano, the Plaintiff Romano, has written (4) complaints to this court. Only one was acknowledged by said court.

② Through the Report and Recommendations, (3) complaints, were Amended versions, in compliance with the Report and Recommendations and the (3) year time limit to file such a claim.

③ The Plaintiff is indigent, (IfP), and unable to Afford counsel, praying this court, under CR 44(A), will Appoint counsel, for him to file his civil complaint, unmolested, and Effectively, in compliance with his civil Right to do so.

### Certification:

I Salvatore R. Romano do swear under Penalty of Purjury All of the Above information to be true As Documented Herein.

Salvatore R. Romano

Date   7-2-2020