Romano v. Wall et al  .  Pro se Plaintiff Salvatore R. Romano
Chief Justice William E. Smith  .  Civil Action # 1:19-CV-00370-WES-LDA
Cause: 42 USCA 1983 Civil Rights  .  Jury Trial Demanded

- { Injunctive Relief cease and desist order CV-9, CV.65
- { Memorandum in support of Injunctive Relief Motion
- Subpoena of evidence for assault bookings: video,
- Audio, pictures, Reports, statements, Discipline board Hearings,
- And Phone Recordings to RI State Police and SIU.
- Motion to Appoint counsel to Inmate Romano.

## Motion to Appoint Counsel in Federal Court:

Now comes the plaintiff Salvatore R. Romano, praying this court will grant his motion, and grant counsel to him, by appointment of this court.

## Memorandum in Support of Motion to Appoint Counsel:

(Counsel can Breech the gap of Communication with this court)
I, Salvatore R. Romano, have written this court a complaint in July 2019. I recieved R&R to follow court rules. In my initial complaint, I stated the R.I.D.O.C. is taking my leagal work, denying me law library, access to this court, and opening my leagal mail from this court. The R&R states all of my complaint is taken as true. It also states this court believes I can recover under the circumstances. So if it is true, this court believes the facts of my complaint, what circumstances can I possibly recover under, when my outgoing mail is stolen from the ACI US mail box? with no response from this court, to even my next friend counsel. How can I recover?

## Motion to Assign a Court Date:
Please assign me a court date for all (3) motions listed above, for September 4, 2020, or the next available date.

### CERTIFICATION
I Salvatore R. Romano do swear under penalty of purjury all the above information to be true as written herein. 8-6-2020 Salvatore R. Romano