UNITED STATES DISTRICT COURT OF RHODE ISLAND

SALVATORE ROMANO
Ashable T. Wall et al.
Justice William E. Smith
Cause 42 USC 1983

- Civil Action 1:14-cv-00370-WES-LDA
- JURY TRIAL DEMANDED
- INJUNCTIVE RELIEF
- AMENDED COMPLAINT

## AMENDED COMPLAINT:

1) This civil Action brought by plaintiff, SALVATORE ROMANO, An INMATE At the RHODE ISLAND Department of CORRECTIONS Pursuant to 42 USC 1983, Alledges violations to his constitutional Rights of AMENDMENTS 1,5,8,14 Protected by the constitution of the United States, And Under Color of State Law pursuant to USC section 1331 And 1343 claims of State Law violations in Tort of Negligence, Obstruction of Justice, False imprisonment, larceny violations of Restraining orders. Plaintiff ROMANO seeks Declaratory Relief pursuant to 28 USC 2201 And 2202, Plaintiff seeks INJUNCTIVE RELIEF pursuant to 28 USC 2283 AND 2284 And Fed. R. Civ. P. #9 AND #65.

## Jurisdiction:

2) This court has Jurisdiction pursuant to 42 USC 1983 over Alleged constitutional Rights violations under Color of State Law Plaintiff ROMANO Invokes the pendent Jurisdiction of this court to hear MATTERS Relating to his state Law Tort CLAIMS PURSUANT to 28 USC 1331 And 1343, Also MATTERS Relating to RI Department of Corrections policies And Practices. Plaintiff ROMANO gives supplemental Jurisdiction pursuant to 28 USC 1367 to hear Motions of Joinder And Forign Judgements. This court has Jurisdiction pursuant to 28 USC 2201 AND 2202 Relating to Plaintiff's Declaratory Relief And Jurisdiction pursuant to 28 USC 2283 And 2284 Relating to Plaintiff's INJunctive Relief Also Pursuant to Fed. R. Civ. P #9 AND #65.

## VENUE:

3) This court; US District Court of Rhode Island is the proper venue because it is where the events giving Rise To This claim occured.

(1)

PARTIES:

4)

<u>Plaintiff</u>: Salvatore R. Romano is and was at all times mentioned herein an inmate. At the Rhode Island Department of Corrections.

5) Defendants:

Ashable T. Wall; Director of the Rhode Island Department of Corrections (At all times Hereinafter R.I.D.O.C.)

6) James Weeden: Assistant Director R.I.D.O.C.

7) Joseph DiNitto: Director of Classification R.I.D.O.C.

8) Linda Amado: Chair Person Classification R.I.D.O.C. Promoted to Director of Classification R.I.D.O.C.

9) Mathew Kettle: Warden of Maximum Security R.I.D.O.C. Promoted to Assistant Director of R.I.D.O.C.

10) Patricia Coyne Fague: Chief Legal Counsel R.I.D.O.C. Promoted to Director of R.I.D.O.C.

11) Jeff Aceto: Deputy Warden Maximum Security R.I.D.O.C. Promoted to Warden of Maximum Security. R.I.D.O.C.

12) Mr. Forge: Special Investigations Unit R.I.D.O.C. (At all times Hereinafter S.I.U.)

13) Mr. Raposo: S.I.U. R.I.D.O.C.

14) Mr. Cabral: S.I.U. R.I.D.O.C.

15) Mr. Begones: S.I.U. R.I.D.O.C.

16) Gerald Bebault: S.I.U. R.I.D.O.C.

17) Frank Levesque: Internal Affairs R.I.D.O.C. (At all times Hereinafter I.A.)

18) Robert Catlow: I.A. R.I.D.O.C.

19) Christian Robinson: Inmate Counselor R.I.D.O.C. Promoted to Classification Chairperson.

20) Mr. Lanoway: Captian at High Security Center R.I.D.O.C.

21) Mr. Galligan: Lieutenant at High Security center R.I.D.O.C. At all times Hereinafter H.S.C.)

22) Mr. Sayles: Lieutenant at HSC. R.I.D.O.C.

(2)

Defendants:

23) MR. MACOMBER: Lieutenant At H.S.C. R.I.D.O.C.

24) Avelino Duarte: Correctional officer H.S.C. R.I.D.O.C.
At All times Here inAfter CO: Correctional officer

25) MR. Douglas: CO: At H.S.C. R.I.D.O.C.

26) MRS. ISOM: Lieutenant At Intake Service center
R.I.D.O.C. (At All times Hereinafter I.S.C.)

27) MR. NUNez: CO: At I.S.C., R.I.D.O.C.

28) MR. Shimkus: CO: At I.S.C., R.I.D.O.C.

29) MR. O'GRADY: Lieutenant, I.S.C. R.I.D.O.C.

30) MR. Vincent: CO: I.S.C., R.I.D.O.C.

31) MR. GRASSINI: WARDEN At I.S.C., R.I.D.O.C.

32) MR. WAITE: CO: MAXIMUM Security R.I.D.O.C.

33) MR. William Leflere: CO: MAXIMUM Security R.I.D.O.C.

34) MR. Nicoles: CO: MAXIMUM Security R.I.D.O.C.

35) MR. GRAND PRIX: CO: MAXIMUM Security R.I.D.O.C.

36) MR. Lombordo: CO: MAXIMUM Security R.I.D.O.C.

37) Steven Brown: Detective Rhode Island State Police

38) MRS. Asumptico: Cornel of Rhode Island state Police

39) Peter Kilmartian: Attorney General of Rhode Island

40) Gina Raimondo: Governor for the State of Rhode
Island.

41) Judy Green: Secretary for Gina Raimondo
Governor's Secretary

42) Peter Neronha: Attorney General of Rhode Island

43) MR. Thomas: Kitchen Steward MAX Security R.I.D.O.C.

(3)                     (3)

## Parties:

Defendants:

44) Richard Duponte: AN INMAte At MAXIMUM
Security R.I.D.O.C.

45) Jeffery Wilson: AN INMAte At MAXIMUM
Security R.I.D.O.C.

46) Brian Hudette: AN INMAte At MAXIMUM Security
RI.D.O.C.

47) Justine Setterre: AN INMAte At MAXIMUM Security
RIDOC

48) Constitino Nodilillo: AN INMAte At MAXIMUM
Security R.I.D.O.C.

## Facts:

49) ON June 12, 2017 INMAte Richard Duponte
AN INMAte At the MAXIMUM Security R.I.D.O.C.
Did physically batter INMAte Salvatore Romano

(4)

49) continued.
who in turn defended himself. They were
both taken to segregation

50) While in segregation CO: MASTERSON confided
in inmate ROMANO, stating "That inmate Duponte
Assaulted (2) other inmates, and (1) officer, while at
work in the kitchen, and chased an inmate around
the carpenter shop when he worked there, I don't
know why they allow him to continue working, It is
About time someone put him in his place, I saw the
video of the fight between you two, He deserved it, He
struck first.

51) While in segregation SIU RAPOSO Asked Me to Sign A
peace waiver between me and Richard Duponte. I did
Sign it And told SIU RAPOSO, inmate Duponte sent inmate
Mathew Greiner to tell me to tell you we were only wrestling
I told him we are on video, is he CRAZY? (This was (6/16/17)

53) On 6/30/17 while in segregation, SIU CABRAL, and SIU
Bebault, have me brought to their office for a second
time, (SIU RAPOSO being the first on 6/16/17) I told them
inmate DUPONT sent yet (2) more inmates to tell me to
sign the waiver was inmate Jhon DAPONTE, and to ask
if I did was JARED Teft. They said Richard Duponte
has Alot of friends, he might want Revenge, Do you
fear Revenge Asked CABRAI? I said he has Not Addressed
me directly, or made any threat, is there something
I should know? SIU CABRAI said, I Just want to know
if your scared.

53) On July 2, 2017 out of Apx(8) inmates getting out of
segregation, I was let out last, and CO: MASTERSON had
me sign yet another waiver to keep peace with
inmate Richard Duponte.

FACTS:

54) AS INSTRUCTED AT SEGREGATION, I REPORTED TO P-2 CELL BLOCK. I WAS ISSUED CELL #95. WE WERE CALLED TO BREAKFAST. I WENT, ATE, AND RETURNED TO MY CELL #95 WAITING FOR THE YARD TO OPEN. WHEN IT DID, IT OPENED, LATE AT 9:05 AM. (USUALLY 8:30 AM) WHEN I GOT TO THE YARD I ASKED FRANK MARAPESE WHAT TIME IS IT? HE SHOWED ME HIS WATCH.

55) I WAS WALKING LAPS AROUND THE RECREATION YARD WITH DOUGLAS MALLET. I OBSERVED INMATES RICHARD DUPONT, BRIAN AUDETTE AND JUSTIN SCHERRE ALL SITTING AGAINST THE WALL TO THE GYM, TALKING FOR MORE THAN AN HOUR. WHEN ON OUR LAP TURNING THE CORNER WHERE, DUPONT, AUDETTE AND SCHERRE, WERE SITTING, RICHARD DUPONTE CALLED DOUGLAS MALLET TO TALK FOR APX (3) MINUTES, WHEN DOUGLAS MALLET RETURNED, HE IMMEDIATELY SAID, I HAVE TO EXERCIZE NOW, I'LL SEE YOU LATER.

56) I CONTINUED TO WALK WHERE I CAME UPON CONSTANTINO NODILILLO WHO SAID LET'S WALK, I HAVE TO USE THE PORTER JOHN. SO WE WALKED TO THE PORTER JOHN. WHEN HE WAS DONE INMATE CONSTANTINO NODILILLO SAID LET'S GO BACK TO WHERE I WAS SITTING BEFORE. SO AS WE WALKED IN THE SAME DIRECTION FROM WHICH WE CAME JEFF WILSON, JUSTINE SCHERRE, AND BRIAN AUDETTE WERE WALKING DOWN THE TAR TRACK AND NODILILLO AND I WERE WALKING ON THE GRASS, JEFF WILSON CALLED INMATE NODILILLO TO TALK. I WAS CORRALLED BY INMATE NODILILLO TO WALK DIRECTLY TOWARD THE (3) WILSON, AUDETTE AND SCHERRE.

57) WHEN AUDETTE SCHERRE AND WILSON APPROACHED, AUDETTE REACHED OUT TO SLASH ME WITH HIS RIGHT HAND MUTTERING BITING I BELIEVE AN EXTRA RAZOR BLADE BETWEEN HIS TEETH, SOUNDING LIKE HE SAID THIS IS FOR 00IC, MEANING FOR DUEY, WHO THEY CALL RICHARD DUPONT, DUEY. AS I USED MY LEFT HAND TO TRY AND BLOCK HIS SLICING MY FACE, JUSTINE SCHERRE PUNCHED AND BROKE MY RIGHT CHEEK BONE, CAUSING CUTS AROUND ▨▨ MY EYE SOCKET.

(6)

58) While Justine Setterre held me pinned to the ground Brian Audette and Jeff Wilson cut me with razor blades. Then Jeff Wilson began poking me with a steel rod.

59) The injuries I sustained are (8) staples to my head, left side, (47) stiches to two cuts on my left and right cheeks to mouth, (3) stiches around my right eye, (3) stiches in my left ear, (6) stiches in my left lower back, over (100) butterfly sterri-strip stiches to my right chest, also with glue, my upper right back, and lower left back. My right chest (6" long) my left lower back (8" long) my upper right back 2 cuts apx 11" long each, my left cheekbone broken and right eye permanently damaged, I wear glasses now and (3 loose teeth).

60) The whole hour, and apx 15 minutes I was on the maximum security recreation yard on 7/2/17, I did not see one correctional officer on the recreation yard. They were all in the air conditioned guard schack packed in so tightly as to obstruct their view, as co: William Leflere told me apx (2) days later, and added when I did see you guys I thought you were playing soccer. (There was no soccer ball involved). Yard officers, White, Leflere, Grand Prix, Nicoles, and Lombordo.

61) Only after spraying peper spray, when they finally arrived, to the attempt on my life, and the inmates Audette, Wilson, and Setterre stopped and threw their weppons and lied on the ground, did they approach me, with peper spray in my open wounds.

62) William Leflere kept pushing me down by my sholders as I attempted to stand, telling me to wait for the wheel chair. While co: Nicoles pointed out a razor apx (18") from my left hip, then found a steel rod he held up to the sun. I was brought to the rear hall where co: Nicoles put belly chains, raking across my open back wound. (7) Hand cuffs and leg schuckles.

Facts:

63) IN the AMBULANCE MY blood pressure dropped to 62/... eighty NINE over sixty three. It could be (68). Still I was loosing consciousness, so the E.M.T. told Co:Nicoles to Remove MY hand-cuffs, Nicoles said NO. AgaiN the EMT said I have to start AN IV of fluids AgaiN Nicoles said No. The EMT Hastilly got one of the two IV's he placed to work.

64) As humble T. WALL through Respondent Superior, had OR should have had knowlege of INMATES threats to the security of the Facilities uNder his charge through his Assistant DiRector, ClassificatioN DiRector, warden, and Deputy warden, Special Investigative uNit, who had INMATE ROMANO sign (2 PEACE WAIVERS) causing\inacting the special Duty Doctrine uNder Tort liability and Egriegous conduct ExceptioN by his officers\ yard officers by title, to guard the MAXIMUM Security yard Not the guard schack They were iN while Not on the yard foR the eNtire MORNING. Tort foR Negligence 9-31-1 threw to 9-31-8. (I will Revisit this iN MY claims)

65) ON 7-5-17 I wrote DiRector WALL, INTERNAl AffAiRs, and MY fRiend here iN North Smithfield. ON 7-6-17 Apx 9:30 AM SIU Raposo came to bring ME to Meet with IA FRANK Levesque iN CaptiAN Duffys office. MY IA Letter was about SIU RApoSo, who tRyed to tAlk over ME, telling INSpectoR Levesque what I'm saying to coveR his Abuse of ME At ISC hospital (3 days EArlier) Levesque was holding up MY letter to the DiRectoR, asking ME if I WANT to tAlk About it? I said yes, but he, Levesque took pictures of MY INjuries iNsteAd pRomising to come back to see ME. (So they stole MY out — goiNg MAil fRom the INMAte MAil box. My fRiend got his FederAlly post stamped letter (13) days lateR. IA Levesque and RAposo illegAlly obtAiNed MY MAil.

(8)

66) SIU CABRAL AND SIU RAPOSO APX 16 DAYS AFTER the Attempt on My life Allowed Me on SpeakeR pHone to CALL My SisteR to tell HeR wHAT HAppened, while His finger was over the button to HANG up, Should He dislike the CONVERSATION

67) Deputy WARDEN "CAME to My HospitAL cell At MAXimum Security AND said I didn't CALL YouR EmeRgency contact because I figured SIU gAve you A CALL, (2 wks. AfteR) To control Mey outside contact, Not Allowing Me ANy pHone CALLS oR outgoing MAil, (EVEN InteRdepARtMentAL MAil. Deputy WARDEN Acetos Jeff Hceto:

68) No Notice of My segregation StAtus was eveR given to Me. No booking RepoRt was eveR filed AgAinst Me, they Neld (3) CLAssificAtion HeARings AND insteAd of placing the victiM who they All claimed did Nothing wRong into pRotective custody, they clAssified INMATE ROMANO to A.D.C. StAtus. AdministRAitive <u>DiscipLinARy</u> Confinement which is A punitive AND veRRy RestRictive StAtus to punish the <u>victim</u>. This stAtus Allows 5 HouRs of RecReAtion peR week, 5 showeRs peR week, (1) 10 Minute PHone CALL peR week, (1) 1 HR 15 Min visit behind the glASS peR week, No Job, No pRogRAMS, No RecReAtion with otheR inMAtes peR DiRectoR wALL. EvEN otheR A.D.C. InMAtes HAve MoRE pRivileges, AND My AssAilANts weRe oNly SepeRAted by one wALL.

69) On My way to AND fRom My (1) weekly visits, the (5) INMATes who weRE involved, Nodilillo, Dupont, Audette, SeteRRe AND wilson weRE on the RecReAtion yARD on (3) occAisions, I pAssed by AND wAs thReAtened by HAND JestuRes of cutting Me All oveR AgAin. I infoRMed the ClAssificAtion boARd, CAptiAn LANoway AND wARden Aceto AND RHode IslAnd StAte police Steven BRown, who cAMe to See Me but Refused to tAke A RepoRt.

70) At MAXiMuM I Sent A letteR thRough My sisteR to GoveRnoR RAiMondo ViA e-MAil, phone cAlls, in peRson Visits All devied AND IgnoRed By GoveRNoR RAiMondo AND HeR secRetARy Judy GReene. The letteR contAined All of the pReviuous fActs pRioR to pARAgRAph (68).

71) So I wrote to Attorney General Peter Kilmartian who never Responded. I wrote all of thease facts up to Fact # 70, and recieved no Response.

72) Upon my arrival to High Security Co: Rodriquez brought my property forms incomplete and my property over a (3) day period against RIDoc Policy.

73) Co: Duarte denied me my magazine subscriptions and gave them to his "inmate porter\worker. Along with my personal property"

74) Co: Duarte denied me copies from the law library and stated Lieutenant Galligan said I couldnot have copies for (3) months. Co: Duarte denied me the law cart and the leagal copies, as C-status cannot go to the law library.

75) Co: Duarte incited other inmates against me saying I snitched on him and then, while giving the property he stole from my cell # 5 F-Module HSC.

76) I wrote SIU, The warden (Promoted) Aceto, classification Begging to be placed into protective custody.

77) On December 19, 2017 I saw Ashable T. Wall, Director I spoke with him for (5 or 10 minutes apx) I told him all of the facts asking why C-status for a victim? He said write to me I'm more apt. to listen. I did write and got no response. (All calls from my family members) No Response. Phone calls, messages, I got

78) On 11/11/18 I met with SIU Begones to sign into Protective custody. Upon my Return, Just like the day before on 1/10/17 my cell had been serched, so I stated I'm going to file a grievence. Co: Duarte booked me for threatening an officer. (Something I've never done or had been booked for previously or since)

(10)

79) At the discipline board Lt. MHcomber said your found guilty, Do you wish to Appeal? I said yes, And against RIDOC policy WAS sent from Normal status Awaiting the hearing, to Segregation, Rendering my Appeal Moot.

80) Only because my assailiants were in Normal Segregation, Even though Restraining orders were broken, I had to go to the Isolation Cells with no window No Shaving, no comb, no store orders for the 30 day segregation sentence.

81) This segregation sentence turned into over 100 days without any new booking per Warden Aceto who in Exibits threatens if I use anymore grievence procedures if my family calls him, He will send me out of State. This is not Protective Custody behavior.

82) I wrote Linda Amado, Joe DiVitto, Christien Robinson All to go to Protective Custody. My sister got A lawyer Michael Fontaine who took information on two Seperate occaisions, said He went to Law school with "Tish" (Patricia coyne fague) He would get me into Protective Custody And After 90 days false Imprison-ment, I got into Protective Custody.

33) I worked As a Shower porter for (22 days for $2.00 per day And was not paid for it).

34) Since October 2017 I Requested grievence forms from Lieutenant Sayles He denied me forms for misspelling his Name see A.C.L.U letter in exibits.

35) He Lt. Sayles denied every grievence I wrote At H.S.C. He wrote Adverse\contrary conclusive answears And Denied level (2) grievence forms.

36) Maximum security Denied grievence forms of any Kind.

37) Classification denied further Review At each board stating they are not Appealable (disciplinary Action will be taken.

38) Lt Isom threatened to put me in segregation And Refused to sign my 38 (11) grievences, (she was the

89) On July 10, 2018 protective custody was moved to ISC M-Module. Upon arrival I was missing hundreds of dollars of my personal property was denied the grievence proceedure by Lt. Larengeria and Lt. Isom. (Refused the grievence forms, then Lt. Isom Refused to sign and process them threatening me with segregation.

90) In November 2018 Co. Nunez returned from Leave to M-Module. He immeadiately displayed deliberate indifference and racisim toward me. Fired me from my job for asking to speak with the area Lieutenant.

91) On Febuary 14, 2019 Inmate Navarro came to my cell threatening me at 7:30 AM. Co. Shimkus saw the whole incident, Refused to do his job to the point of at least asking what was the matter, At 8:00 AM breakfast the same Inmate Navarro came to my breakfast table and threatened me with Co. Shimkus sitting 6' away, still officer Shimkus Refused to Act\Protect. This emboldened Inmate Navarro

92) At 10:15 AM Inmate Navarro spit in my, Inmate Romano's hair. When Inmate Romano Reported the incident to Co. Tomossi, Lt. Isom was called, She ordered Navarro to segregation, Inmate Romano said He wanted to press charges for Assault with bodily fluids, Lt Isom said ok. She called SIU Begones who called Inmate Romano a liar from medium security to an incident at ISC, took Inmate Navarro out of segregation, putting Inmate Romano into segregation (False Imprisoning him)

93) On 8/6/20 Inmate Markus Huffman abused his job privilege by saving a phone for another inmate procluding Inmate Romano from using a phone. Inmate Romano said He was going to tell the block officer.

94) Inmate Huffman went into Inmate Romanos cell and psyically battered him. Lt Morrisette had inmate Huffman placed in segregation. Co. Nunez used his hispanic friend SIU Raposo to have Inmate Romano placed in segregation. Again Inmate Romano called SIU and RI State Police to [...], 1) Press charges on Markus Huffman

(95)

INMATE ROMANO WAS booked by SFU RAPOSO for fighting AND MAKING RACIAL SLURRS. Held IN Segregation PAST his segregation sentence of (25) days to be Held (29 DAYS) AGAIN FAlSE IMPRISONMENT. while his ASSAILANT Recieved (15 DAYS Segregation)

(96) ON September 26, 2020 INMATE ROMANO Recieved A text FROM US DISTRICT COURT of R.I. STATING it WAS filed ON September 18, 2020, giving PlAINTIFF ROMANO (30 days UNTIll October 19, 2020), to AMEND AND fix ANY descrepencies prievious text October 2019, STATED Needing to be fixed. This letter FROM US DISTRICT COURT, LetterHeAd pRINTED ON the envelope but NO STAMP STATING OPEN IN fRONT of the INMATE, AS prievous Letters WERE STAMPED though Not All of them. THIS Letter CAMe OPENED AND ReAd by this ADMINISTRATION of the R.I.DO.C.

(97) ON October 11, 2020 ApX 15 to 30 MINUTE SeARCh of INMATE ROMANO's cell, by Co. VAlles, IN the PRESENTS of (3) LieuteNANTS AND (1) CAPTIAN, At 9:45 P.M..

(98) ON October 13, 2020 Co: TheodoseAu seARched INMATE ROMANO'S cell At ApX 9:00 A.M..

(99) ON October 14, 2020 Co: SANTIAGO SeARched INMATE ROMANO'S cell.

(100) ON October 16, 2020 Co: NUNEZ SeARchING INMATE ROMANOS cell tARgeting His leAgAl work. INMATE ROMANO STATED He WAS filiNG A gRievence. Co: NUNEZ BROKE INMATE ROMANOS EXTENTION CORD AND BOOKed HIM FOR HAVING A STINGER, SENDING HIM TO STAMPS SeggegATION ON 10/16/20 (13) Seperated from leAgAl work

(D) IN 2019 BRIAN Audette WAS Allread Allowed bAck ON MAXIMUM Security Recreation YARd ANd living IN MAXIMUM Security where he WAS CRIMINAlly charged with Assault with A DeAdly weppoN, (A RAZOR blade) for cutting ANother INMAte Apx. (2) yeARs After he cut Plaintiff RoMANO oN MAXIMUM Security Recreation yARd.

## Lengal Claims:

102. IN the R.I.D.O.C. The Special Investigative Unit, KNOWN AS S.I.U., HAS AN obligAtion to the DiRector, Assistant Director, Classification Director, WARdeN, And Deputy of the faCility to tell them of the dangerous conduct of AN INMAte, And the Risk they pose to the Security of the FaCility. Plaintiff RoMANO CHARges SIU RAposo, CABRAl, And Bebault of ToRt liability Negligence under R.I.G.L. 9-31-1 threw 9-31-8. The CONTRACT WAIVER Plaintiff RoMANO signed with SIU RAposo oN 6/16/17 CReAted A special Duty under The Special Duty DoctRine iN 9-31-1 threw 9-31-8 with the EgRiegous Exception Rule And the IEleventh AMendment Ammunity WAIVER to ToRt liability. (A second WAIVER WAS Signed oN 7-2-17) The (3) DefendANts Acted iN concert, And Are charged togethere, And Sued iN their individually And offiCial-
103. CAPACITIES All Acted under color of stAte LAW.

oN 7-2-17 correctionAl officers: WAite, LefleRe, NICois, GRAndprix, And Lombordo Acted iN concert And ARe Charged with Negligence under RIGL 9-31-1 threw 9-31-8, Not only A Public Duty to be OMNi present oN the Recreation, but A speCiAl Duty to Plaintiff RoMANO who Signed A peaCe CONTRACT with S.I.U. who Felt it Nessary to MAintAin the Safety And Security of SAid INMAte, under ToRt liability 9-31-1 threw 9-31-8 the 5 officers ARe charged, And sued iN   (4) their offiCiAl And individual

104. As hable T. Wall, James Weeden, Joseph DiNitto, Mathew Kettle, Jeff Aceto; Are All charged And sued with Tort liability Negligence under RIGL 9-31-1 threw 9-31-8 And Respondent Superior. All (5) Defendants Acted in concert creating A danger to Plaintiff Romano, Torts for obstruction of Justice, false Imprisonment, larceny, And violation of No-contact; Restraining Orders from The Attorney Generals office. All (5) Defendants Are sued in their official And Individual CApAcities. All Acted under color of State LAW.

105. Internal Affairs Frank levesque And SIU Raposo Are charged in Tort with larceny, Acting in concert, taking my out going mail federally postage stamp on the envelope, And Deprived me of my First Amendment Right, And fourteenth Amendment Right to Due Process. All Acted under color of State LAW. And is sued in his official And individual capacity.

106. SIU Cabral And Raposo denied me my First Amendment Right, Freedom of Speach, my fourteenth Amendment Right to Due Process denying me Access to A phone. Also durring bisvess hours when I became Alowed to use A phone (2) weeks After the Attempt on my life, Along with Jeff Aceto who refused to contact my emergency contact, And told me I cannot call A lawyer. All (3) Acted in concert complicately to obstruct Justice. Under Tort All (3) Are charged with obstruction of Justice, And Are sued in their official And Individual CApacities. All Acted under color of State LAW.

(15)

07. I was false imprisoned in segregation on July 3, 2017, I was not given Notice, No Disciplinary Report Not offered, Protective Custody, Not ordered to Protective Custody. Denying me Due-Process under the fourteenth Amendment, And A Tort charging false imprisonment, My Eighth Amendment Right was violated when Director Wall, Assistant Director Weeden, Classification Director Joseph Dinitto And then, Classification Chairperson Linda Amado, All Acted in concert, complicately wonton, willfull, And wreckless, with deliberate indifference, Held A Classification hearing And placed Plaintiff Romano on Administraitive Disciplinary confinement, without A discipline Report or A Disciplinary Hearing. No Due process of Law. Punishing the Victim by way of false imprisonment. All (4) Defendants are charged with First, Eighth, And Fourteenth Amendment Violations And g State Law Tort claim of false Imprisonment. All (4) Defendants are sued in Their official And Individual capacities. All Acted under color of State Law.

108.
Steven Brown of the Rhode Island State Police is charged with obstruction of Justice in g State Law Tort Claims Denying Plaintiff Romano A Police Report charging his assailants with threatening Plaintiff Romano, violating A Restraining order And Verbal Assault threatening Psyical Battery, Steven Brown is charged in State Law Tort with Obstruction of Justice; And sued in his official And individual capacity. All Acted under color of State Law.

109. GOVERNOR RAIMONDO is CHARGED with obstruction ON of JUSTICE UNDER STATE LAW TORT CLAIMS AS she WAS Sent a-MAIL, Phone CALLS, MESSAGES, IN PERSON, INFORMATION of A series of CRIMES AND CONSTITUTIONAL VIOLATIONS, All PERTAINING to PLAINTIFF ROMANO. she chose to become complicate with PATRICIA COYNE FAGUE NOMINATING HER to ACTING DIRECTOR, then INSTALLING HER to R.I.D.OC., DIRECTOR of OPERATIONS, the two Colluded together to Allow MANY to PROMOTE FROM within the R.I.D.OC., All ADMINISTRAITIVE POSITIONS who hAVE CLASSIFIED ME to REMAIN ON C-STATUS, FALSELY IMPRISONED, NOW IN protective Custody AGAINST MY will TAUNTING Sue US THEN. GOVERNOR RAIMONDO AND PATRICIA COYNE FAGUE Acted IN CONCERT UNDER COLOR of STATE LAW TO Obstruct JUSTICE UNDER STATE LAW CLAIMS. Both ARE Sued IN their official AND individual CAPACITIES.

110. I CHARGE Attorney General Peter Kilmardian with Obstruction UNDER The STATE LAW TORT CLAIMS I INFORMED him of VIOLATION of RESTRAINING — ORDERS, FALSE IMPRISONMENT AND LARCENY by Registered Letter but Recieved NO RESPONSE. PETER KILMARTIAN Acted UNDER COLOR of STATE LAW. AND is sued IN his official AND individual CAPACITY.

111. CORRECTIONAL officer Rodriquez is charged with LARCENY UNDER STATE LAW TORT CLAIMS He Acted UNDER COLOR of STATE LAW AND is Sued IN his ~~official AND~~ individual CAPACITY

(17)

112. Co DUARte is charged with State Law Tort claims of Larceny, False Imprisonment and violations to My, Plaintiff Romano's First, Eighth, and Fourteenth Amendment rights, Lieutenant worked Complicately in Concert with Co: Avelino DUARte and is charged under State Law Tort claims with False Imprisonment, First, Eighth, and Fourteenth Amendment violations acting under color of State L. Both are charged in their official and individual capacities. Sued in their official and individual capacities

113. WARDEN Jeff Aceto held Plaintiff Romano in Segregation for Apx 100 days past the (30) day Segregation sentence given Plaintiff Romano. Defendant Aceto is charged under State Law Tort claims for False Imprisonment, violations to Plaintiffs First, Eighth, and Fourteenth Amendment rights. Defendant Aceto acted under color of State Law and is sued in his official and individual capacity.

114. Lieutenant Sayles denied me access to the grievance procedure, then denied me access to the Level (2) grievance procedure, Lieutenant Boffi, in Maximum denied me access to the grievance procedure All together, and Here at ISC Lieutenant Isom and Lt Galligan are still denying me access to the grievance procedure All together. They all act in concert under color of State Law and policies and procedures of the R.I.D.O.C. And are sued in their official and individual capacities.

(18)

115.

Co: NUNEZ Acted under Color of State Law, under State Law Tort Claims for False imprisonment, Violations to Plaintiff Romanos Eighth Amendment Right showing deliberate indifference, Racism, RI Doc·policies and Proceedures, opening inmates Legal Mail from US District Court without Inmate being Present, on several occaisions (4) That Plaintiff Romano Remembers beyond doubt. Co: Nunez fired plaintiff without cause of institutional Rule, but Racisim. Defendant Nunez is sued in his official Capacity And individual Capacity.

116. Co: Shimkus Acted under Color of State Law, under State Law Tort Claims for Negligence 9-31-1 threw 9-31-8 being in Protective custody obligates officer Shimkus to A special duty to Protect Plaintiff Romano, which he egriegiously Refused to Report Psyical threats made by inmate Navarro toward Inmate Romano. Inmate Navarro Later Spit on Plaintiff Romano. Defendant Shimkus is sued in his Individual Capacity And His official Capacity.

117. Defendant Nunez And Defendant Raposo And Defendant O'Grady Acted under Color of State Law, under State Law Tort Claims are charged with False imprisonment of Plaintiff Romano on September 6, 2020, State Law Tort Claims of obstruction of Justice And R.I·D·O·C· policies and Proceedures. All (3) Defendants compliciately Acted in Concert, And are sued in their official And Individual Capacity.

(19)

118. Defendant Nunez hand delivered, under Plaintiff Romano's cell door, while Plaintiff was Locked in his cell, The last Correspondance From This US District Court of Rhode Island on September 26, 2020 opened and accessed beyond the Recipiants presents, clearly marked US District court of Rhode Island, The text is dated as logged in on September 18, 2020 (8) days prior and (8) days from the (30) days to comply or be dismissed permanently. which Defendant and R.I.D.O.C. Staff clearly read and subsequently Aggressively, dileberately and with mallice searched Plaintiff Romano's cell on 10/11/20, 10/13/20, 10/14/20, and on 10/16/20. on 10/11/20 CO: Valles searched Extensively Apx 20 minutes, on 10/13/20 CO: Theodoseau searched Plaintiffs cell, on 10/14/20 CO: Santiago searched Plaintiffs cell, on 10/16/20 CO: Nunez searched Aggressively for over 30 minutes targeting Plaintiff Romano's lengal work. when Plaintiff asked for the Area lieutenant to file a grievence, CO: Nunez stepped on Plaintiffs Extention cord causing a series of Sparks, shorting it out. Defendant Nunez acted in concert with Lt. Glendenning and Lt. O'Grady under color of State Law, under State Law Tort Claims both Defendant Nunez and Defendant O'Grady are charged with False Imprisonment, and Violations to Plaintiff Romano's Fourteenth Amendment, Due process of Law. Both are sued in their official and individual capacity. (Plaintiff Romano is serving) Reelage Incorperate (20) (15 days segregation 10/19/20)

119. Defendant Ashable T. Wall is sued for Declaratory Relief.
Punitive and compensatory damages, in his, individual capacity for $50,000 and in his, official capacity $100,000.

120. Defendant James Weeden is sued for Declaratory Relief.
Punitive and compensatory damages in his, individual capacity & for $50,000 and in his, official capacity for $100,000.

121. Defendant Joseph DiNitto is sued for declaratory relief. Punitive and compensatory damages, in his, individual capacity for $50,000 and in his, official capacity for $100,000.

122. Defendant Mathew Kettle is sued for declaratory relief, and injunctive relief barring any future harassment of plaintiff Romano.
Punitive and compensatory damages in his, individual capacity for $50,000 and in his, official capacity for $100,000.

123. Defendant Jeff Aceto is sued for declaratory relief and injunctive relief, barring any future harassment of plaintiff Romano.
Punitive and compensatory damages in his, individual capacity for $50,000 and in his, official capacity for $100,000.

124. Defendant FRANK Levesque is sued for Declaratory and Injunctive Relief, barring Harassment Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, official capacity for $100,000.

125. Defendant Cabral is sued for declaratory and Injunctive Relief barring any future harassment. Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, official capacity for $100,000.

126. Defendant Raposo is sued for declaratory and Injunctive Relief barring any future Harassment. Punitive and compensatory damages in his Individual capacity for $50,000 and in his, official capacity for $100,000.

127. Defendant Linda Amado is sued for declaratory and Injunctive Relief, barring any future Harassment Punitive and compensatory damages in her, Individual capacity for $50,000 and in her, official capacity for $100,000.

128. Defendant Steven Brown is sued for declaratory and Injunctive Relief, barring any future Harassment Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, official capacity for $100,000.

Relief:

129. Defendant GINA RAIMONDO is sued for Declaratory and Injunctive Relief barring any future harassment through R.I.D.O.C. Administration. Punitive and compensatory damages in her, Individual capacity for $50,000 and in her, Official capacity for $100,000.

130. Defendant PATRICIA COYNE FAGUE is sued for Declaratory and Injunctive Relief barring any future harassment. Punitive and compensatory damages in her Individual capacity for $50,000 and in her, Official capacity for $100,000.

131. Defendant Peter Kilmartian is sued for declaratory Relief, Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, Official capacity for $100,000.

132. Defendant Rodriquez is sued for declaratory and Punitive and compensatory damages in his, Individual capacity for $2,000.

133. Defendant Avelino Duarte is sued for declaratory and INJUNCTIVE RELIEF, barring any future harassment. Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, Official capacity for $100,000.

134. Defendant Sayles is sued for declaratory and Injunctive Relief barring any future harassment. Compensatory and Punitive damages in his, Individual capacity for $50,000 and in his Official capacity for $100,000.

135. Defendant Nunez is sued for declaratory and Injunctive relief, barring any future harassment. Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, Official capacity for $100,000.

136. Defendant Shimkus is sued for declaratory and Injunctive Relief barring any future harassment. Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, Official capacity for $100,000.

137. Defendant O'Grady is sued for declaratory and Injunctive Relief barring any future harassment. Punitive and compensatory damages in his, Individual capacity for $50,000 and in his, Official capacity for $100,000.

All Defendants are sued for a total of

$2,702,000 OR any ammount deemed

Just and fair.

This complaint is written certification under the penalty of Purjury all the information herein is true as written 10-19-20 Salvatore Romano #7093

I.S.C.
P.O. Box #8249
Cranston, RI 02920

(24)