SAlVAtORE ROMANO #70936
P.O. Box # 8249
CRANSTON, RI 02920

Office of the Chief Clerk
oNe ExchANge TeRRACe
PRovidence R.I. 02903

