**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Salvatore R Romano
Plaintiff,

v.  Case No.: 1:19−cv−00370−WES−LDA

Ashbel T. Wall, et al.
Defendant.

## NOTICE OF MEDIATION

The Court has referred the above referenced case for mediation. Mediation will be held on July 25, 2022 at 01:00 PM in Remote Hearing of the United States Courthouse.

Both lead counsel and client must appear <u>in person</u> at the scheduled mediation. Each party shall have present a person vested with full authority to bind and settle the case.

At least five (5) days in advance of the scheduled mediation, counsel shall email a Mediation Statement to the following address: Berry_Mitchell@rid.uscourts.gov. Mediation Statements are not to be exchanged with opposing counsel, nor filed with the Court. The Mediation Statement must include the following:

1. Brief statement of the major factual and legal issues in dispute with supporting legal authority.

2. Suggestion of terms upon which the case could be settled.

3. Summary of discovery completed to date and anticipated.

4. History of past settlement discussions, if any.

5. Brief discussion of any obstacles to settlement.

6. Any documents deemed necessary to mediate the case (Attach as PDFs).

7. The names, positions/titles, phone number(s), and email addresses of each person who will be attending the mediation.

8. The name, position/title, phone number, and email address of the person who has full and final settlement authority.

July 12, 2022                                    By the Court:

                                                 /s/ Berry B. Mitchell, Mediator