United States District Court
for the District of Rhode Island

| | |
|---|---|
| Salvatore Romano pro-se | Civil Action #1:19-cv-00370-WES-LDA |
| v. | JURY TRIAL DEMANDED |
| Asheble T. Wall et al | 42 U.S.C. 1983 Civil Rights Complaint |
| Chief Justice William E. Smith | Pendent JURISDICTION pursuant to 1331 and 1343 |
| | UNDER COLOR OF STATE LAW |
| | STATE LAW TORT CLAIMS |

## Motion and Request For STAY

Now comes the Plaintiff, Salvatore Romano pro-se and moves this Honorable Court for an Order To STAY the present case for the forgoing reasons:

1. Plaintiff contends that the present case is complex in nature and involves many defendants, and indepth Discovery Materials.

2. Currently pending are various appeals of denials from this court in reguards to multible motions and information requests and Plaintiff requests a STAY in this pending case until such time as the appeals run their course. As the outcome of said appeals will have a profound impact on the present case moving foward.

3. The ends of Justice will best be served by the issuance of a STAY in the above matter.

Wherefore, Plaintiff respectfully requests this Honorable Court grant a STAY in this case.

### certification

I, Salvatore Romano do swear under penalty of purjury all of the above is true as written, and I have mailed a Handwritten copy to the Attorney Generals office: 150 S. Main St. Prov. R.I. 02903 on this 14TH day of November 2022

Salvatore Romano 11/14/22